**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| Mountain East Conference | : | |
| | : | Civil Action No. 1:21-CV-104 |
| Plaintiff, | : | Judge Kleeh |
| | : | |
| vs. | : | |
| | : | |
| Franklin University, *et al.* | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF VIDEO-TAPED DEPOSITION
### OF DAVID DECKER, Ph.D.

**PLEASE TAKE NOTICE** that counsel for the Plaintiff will take the video-taped deposition of **David Decker, Ph.D.**, on oral examination before a certified court reporter/video operator at the law offices of Kegler, Brown, Hill & Ritter, LPA, located at 65 East State Street, Suite 1800 Columbus, Ohio 43215, on **Tuesday, August 9, 2022, at 8:00 a.m.**

The above video-taped deposition is being conducted for all purposes permitted by law and the same will continue from day to day until completed. This deposition will be recorded by stenographic means and by video. You are hereby invited to attend and participate.

**MOUNTAIN EAST CONFERENCE,**
**BY: SPILMAN THOMAS & BATTLE, PLLC**

*/s/ Michael S. Garrison*
Michael S. Garrison (WVSB No. 7161)
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 615
Morgantown, West Virginia 26507-0615
T: (304) 291-7920

Jordan A. Sengewalt (WVSB No. 12905)
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 831
Wheeling, WV 26003
T: (304) 230-6950
*Counsel for Mountain East Conference*

15065539.1

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Mountain East Conference | : | |
| | : | Civil Action No. 1:21-CV-104 |
| Plaintiff, | : | Judge Kleeh |
| | : | |
| vs. | : | |
| | : | |
| Franklin University, *et al.* | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Michael S. Garrison, do hereby certify that on this 4th day of August, 2022, I served the ***"Notice of Videotaped Deposition of David Decker, Ph.D."*** upon Defendants' counsel by depositing a true and exact copy thereof in the U.S. Mail, First Class postage prepaid, addressed to counsel as follows:

Denise D. Pentino
J. Michael Prascik
DINSMORE & SHOHL, LLP
2100 Market Street
Wheeling, WV 26003
Counsel for Defendants
/s/ Jordan A. Sengewalt
Jordan A. Sengewalt (WV Bar #12905)
*Counsel for Defendant Franklin University*

Jason H. Beehler Admitted Pro Hac Vice
Kegler, Brown, Hill + Ritter, LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400 | (614) 464-2634 (fax)
*Counsel for Defendant Franklin University*

                                       */s/ Michael S. Garrison*
                                       Michael S. Garrison (WVSB No. 7161)