IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Mountain East Conference | : | |
| | : | Civil Action No. 1:21-CV-104 |
| Plaintiff, | : | Judge Kleeh |
| | : | |
| vs. | : | |
| | : | |
| Franklin University, *et al.* | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VIDEO-TAPED DEPOSITION
## OF CHRISTOPHER L. WASHINGTON, Ph.D.

**PLEASE TAKE NOTICE** that counsel for the Plaintiff will take the video-taped deposition of **Christopher L. Washington, Ph.D.**, on oral examination before a certified court reporter/video operator at the law offices of Kegler, Brown, Hill & Ritter, LPA, located at 65 East State Street, Suite 1800 Columbus, Ohio 43215, on **Tuesday, August 16, 2022, at 11:00 a.m.**

The above video-taped deposition is being conducted for all purposes permitted by law and the same will continue from day to day until completed. This deposition will be recorded by stenographic means and by video. You are hereby invited to attend and participate.

                                                                 MOUNTAIN EAST CONFERENCE,
                                                                 BY: SPILMAN THOMAS & BATTLE, PLLC

*/s/ Michael S. Garrison*
Michael S. Garrison (WVSB No. 7161)
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 615
Morgantown, West Virginia 26507-0615
T: (304) 291-7920

Jordan A. Sengewalt (WVSB No. 12905)
SPILMAN THOMAS & BATTLE, PLLC
P.O. Box 831
Wheeling, WV 26003
T: (304) 230-6950
*Counsel for Mountain East Conference*

15065555.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Mountain East Conference | : | |
| | : | Civil Action No. 1:21-CV-104 |
| Plaintiff, | : | Judge Kleeh |
| | : | |
| vs. | : | |
| | : | |
| Franklin University, *et al.* | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Michael S. Garrison, do hereby certify that on this ____ day of August, 2022, I served the "*Notice of Videotaped Deposition of Christopher L. Washington, Ph.D.*" upon Defendants' counsel by electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Denise D. Pentino, Esq.
J. Michael Prascik, Esq.
DINSMORE & SHOHL, LLP
2100 Market Street
Wheeling, WV 26003
Counsel for Defendants
(304) 230-1657
dpentino@dinsmore.com
mprascik@dinsmore.com
*Counsel for Defendant Franklin University*

Jason H. Beehler, Esq., Admitted Pro Hac Vice
Saša Trivunić, Esq., Admitted Pro Hac Vice
Kegler, Brown, Hill + Ritter, LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400 | (614) 464-2634 (fax)
jbeehler@keglerbrown.com
strivunic@keglerbrown.com
*Counsel for Defendant Franklin University*

/s/ *Michael S. Garrison*
Michael S. Garrison (WVSB No. 7161)