### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **MOUNTAIN EAST CONFERENCE** | **Case No.: 1:21-CV-104** |
| **Plaintiff,** | |
| **v.** | **Judge Thomas S. Kleeh** |
| **FRANKLIN UNIVERSITY,** *et al.* | |
| **Defendants.** | |

### DEFENDANT FRANKLIN UNIVERSITY'S
### NOTICE OF DEPOSITION OF REID AMOS

Please take notice that Defendant Franklin University ("Defendant"), by and through counsel, will take the deposition upon oral examination of Reid Amos, Commissioner of the Mountain East Conference, on **Thursday, August 18, 2022, at 9:00 a.m.** at the law offices of **Spilman, Thomas, & Battle, PLLC, 1233 Main Street, Suite 4000, Wheeling, West Virginia 26003.** Said deposition will continue from day to day until completed and will be recorded by an authorized court reporter who shall record the testimony by stenographic means.

Respectfully submitted,

*/s/ Denise D. Pentino*
Denise Pentino  (W. VA. Bar No. 6620)
J. Michael Prascik  (W. Va. Bar No. 9135)
Dinsmore & Shohl, 2100 Market St.
Wheeling, WV 26003
(304) 230-1657
dpentino@dinsmore.com
mprascik@dinsmore.com

Jason H. Beehler        (0085337)
Kegler Brown Hill + Ritter
65 E. State St., Suite 1800
Columbus, OH 43215
(614) 462-5400
jbeehler@keglerbrown.com
ADMITTED PRO HAC VICE
*Counsel for Defendant Franklin University*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of August, 2022, a full and complete copy of the foregoing was filed electronically via the Court's Electronic Filing System which will send electronic notification to all counsel of record in this action served upon counsel of record at the following addresses:

Michael Garrison
Jordan Sengewalt
Spilman Thomas & Battle, PLLC
1233 Main St., Suite 1000
Wheeling, WV 26003
jsengewalt@spilmanlaw.com
mgarrison@spilmanlaw.com

*/s/ Denise D. Pentino*
Denise Pentino  (W. Va. Bar No. 6620)