```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MOUNTAIN EAST CONFERENCE,**

      **Plaintiff,**

v.                                              CIVIL ACTION NO. 1:21-CV-104
                                                                                    (KLEEH)

**FRANKLIN UNIVERSITY, an Ohio**
**non-profit corporation; and**
**FRANKLIN UNIVERSITY - URBANA, LLC,**
**d/b/a URBANA UNIVERSITY an Ohio**
**limited liability company,**

      **Defendants.**

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff Mountain East Conference, by counsel, moves the Court for leave to file *Memorandum of Law in Support of Plaintiff Mountain East Conference's Motion for Summary Judgment* [ECF No. 53-2] and Exhibit E under seal. ECF No. 53.

The Court, finding good cause, **GRANTS** the motion [ECF No. 53] and **DIRECTS** the Clerk of Court to file *Memorandum of Law in Support of Plaintiff Mountain East Conference's Motion for Summary Judgment* [ECF No. 53-2] and Exhibit E [ECF No. 53-3] **UNDER SEAL.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** September 19, 2022

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA