UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Mountain East Conference

*Plaintiff(s)*

v.                                              Civil Action No.   1:21-cv-104

Franklin University, et al.

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award      ☐ Judgment costs      ☒ Other

other:   Plaintiff's Motion for Summary Judgment is GRANTED [ECF No. 50]. This action is hereby DISMISSED WITH PREJUDICE AND STRICKEN from the Court's docket.

This action was:

☐ tried by jury      ☐ tried by judge      ☒ decided by judge

decided by Judge   Thomas S. Kleeh

Date:   3/8/2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ J. Barr

*Signature of Clerk or Deputy Clerk*