# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Mountain East Conference | |
| *Plaintiff(s)* | |
| v. | Civil Action No.  1:21-cv-00104 |
| Franklin University, et al. | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award      ☐ Judgment costs      ☒ Other

other:    Plaintiff's Motion for Summary Judgment is GRANTED [ECF No. 50].  Plaintiff is entitled to post-judgment interest in the amount of $28.77 per day from March 9, 2023, until such date as the entirety of the $150,000.00 judgment, plus post-judgment interest is satisfied.

This action was:

☐ tried by jury      ☐ tried by judge      ☒ decided  by judge

decided by Judge  Thomas S. Kleeh

Date:    February 13, 2024

CLERK OF COURT
Cheryl Dean Riley
J. Barr

*Signature of Clerk or Deputy Clerk*